In the Matter of the Application of the City of Middletown, New York, for the Appointment of Commissioners to Ascertain the Damage Caused by the Construction of Certain Dams and Reservoirs in the County of Orange. City of Middletown, Appellant, v. Theodore Bennett and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Bounded by Ocean Parkway, Avenue Y, East Sixth Street, Canal Avenue and Coney Island Creek, in the Borough of Brooklyn, City of New York, etc. In the Matter of the Petition of Bertha G. McLaughlin.— Referee's report confirmed and order signed. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

In the Matter of the Estate of Margaret A. L. Woodbury, Deceased.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Louis Levin and Hyman Meyersohn, Respondents, v. James E. Dietz, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Patrick J. Reynolds, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Catherine Sheehan, Appellant, v. The Board of Education of The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted and order signed. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Francis Wilson, Respondent, v. Samuel Collins, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Howard O. Wood v. Joseph F. J. Gouley and Others.— Motion denied. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Michael J. Cummings and Others, Respondents, v. Edwin Bailey, Jr., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Mary Hoag, Respondent, v. South Dover Marble Company, Appellant.— Judgment and order of the County Court of Dutchess county affirmed, with costs. No opinion. Woodward, Hooker, Gaynor and Rich, JJ., concurred; Jenks, J., dissented.

In the Matter of the Application of Pierre V. C. Miller, Appellant, to Set Aside Certain Subpœnas Served upon Him in the Suit of G. Himminghoffen v. The Rosario Mining and Milling Company, an Action Pending in the District Court of Tarrant County, Texas. George Himminghoffen, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ., concurred.

Margaret King, Respondent, v. Adolph Levin, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.